**RUSS, AUGUST & KABAT**
LARRY C. RUSS, State Bar No. 082760
DAVID R. GABOR, State Bar No. 145729
JUDITH L. MEADOW, State Bar No. 089665
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California  90025
Tel   310.826.7474
Fax  310.826.6991
e-mail: lruss@raklaw.com;
dgabor@raklaw.com;
jmeadow@raklaw.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JOHN BECK AMAZING PROFITS, LLC, a California limited liability company; JOHN ALEXANDER, LLC, a California limited liability company; JEFF PAUL, LLC, a California limited liability company, also d/b/a SHORTCUTS TO MILLIONS, LLC; MENTORING OF AMERICA, LLC, a California limited liability company; FAMILY PRODUCTS, LLC, a California limited liability company; DOUGLAS GRAVINK, an individual; GARY HEWITT, an individual; JOHN BECK, an individual; JOHN ALEXANDER, an individual; and JEFF PAUL, an individual,<br><br>　　　　　Defendants. | Case No. 2:09-cv-04719-JHN-CWx<br><br>[Assigned to The Honorable Jacqueline H. Nguyen]<br><br>**ORDER ON STIPULATION RE MONITOR'S LIMITED HIRING OF COUNSEL**<br><br>Original Complaint Filed:<br> July 1, 2009 |

FTC ord.doc

1

**ORDER RE MONITOR'S LIMITED HIRING OF COUNSEL**

Whereas the Court has reviewed the Stipulation of the Parties and the Monitor as to the Monitor's limited hiring of counsel;

Whereas, one of the members of the Court-appointed Monitor in this case, Robb Evans & Associates LLC, is M. Val Miller;

Whereas Mr. Miller is an attorney licensed to practice law but not within the state of California;

It is hereby ORDERED as follows:

The Monitor in this matter may retain outside counsel of its choosing to prepare ordinary course filings in this matter and to handle other non-adversarial matters given that Mr. Miller is not a licensed attorney in this state, and said counsel shall not undertake an extensive review of the historical file in this case.

Outside counsel may be compensated as provided at Section XI of the Preliminary Injunction Order.

At such time as the Monitor determines the need for counsel beyond the scope set forth herein, the Monitor may file a separate noticed motion for retention of counsel to which Defendants will be free to object.

Nothing in the Stipulation shall be a waiver of any objections or right by Defendants to challenge the Monitor's potential motion to retain counsel.

Dated:    January 21, 2010

_____
Ho[n.]
United States District Court

## CERTIFICATE OF SERVICE

I certify that counsel of record who are deemed to have consented to electronic service are being served on January 19, 2010, with a copy of this document via the Court's CM/ECF systems per Local Rule CV-5(a)(3). Any other counsel with be served by electronic mail, facsimile, overnight delivery and/or First Class Mail on this date.

/s/ David R. Gabor